United States Bankruptcy Court
Central District of California

In re:  
Crescent Associates, LLC.  
    Debtor(s)

Case No. 18-20654-WB  
Chapter 11

# CERTIFICATE OF NOTICE

District/off: 0973-2     User: admin     Page 1 of 2  
Date Rcvd: Nov 02, 2020     Form ID: pdf042     Total Noticed: 1

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 04, 2020:**

**Recip ID**     **Recipient Name and Address**  
db     + Crescent Associates, LLC., 8383 Wilshire Blvd., Suite 510, Los Angeles, CA 90211-2406

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).  
NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**  
NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 04, 2020     Signature:     /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 2, 2020 at the address(es) listed below:**

**Name**     **Email Address**

Dare Law  
    on behalf of U.S. Trustee United States Trustee (LA) dare.law@usdoj.gov

Gary R Wallace  
    on behalf of Defendant Epco Consultants Inc garyrwallace@ymail.com

Joseph Daneshrad  
    on behalf of Creditor Epco Consultants  Inc. daneshrad@yahoo.com, josephdaneshrad@gmail.com

Joseph Daneshrad  
    on behalf of Defendant Epco Consultants Inc daneshrad@yahoo.com  josephdaneshrad@gmail.com

Michael P Rubin - INACTIVE -  
    on behalf of Creditor Eyal Ben Dror rubinlawyer@gmail.com

Oscar Estrada  
    on behalf of Creditor LOS ANGELES COUNTY TREASURER AND TAX COLLECTOR oestrada@ttc.lacounty.gov

| | | |
|---|---|---|
| District/off: 0973-2 | User: admin | Page 2 of 2 |
| Date Rcvd: Nov 02, 2020 | Form ID: pdf042 | Total Noticed: 1 |

Raymond H. Aver
        on behalf of Interested Party Courtesy NEF ray@averlaw.com   averlawfirm@gmail.com;ani@averlaw.com;katya@averlaw.com

Robert M Yaspan
        on behalf of Debtor Crescent Associates  LLC. court@yaspanlaw.com, tmenachian@yaspanlaw.com

Robert M Yaspan
        on behalf of Plaintiff Crescent Associates LLC court@yaspanlaw.com  tmenachian@yaspanlaw.com

Steven A Morris
        on behalf of Debtor Crescent Associates  LLC. morris@tfmclaw.com, gsuchniak@tfmclaw.com,mbigaud@tfmclaw.com

Steven A Morris
        on behalf of Plaintiff Crescent Associates LLC morris@tfmclaw.com  gsuchniak@tfmclaw.com,mbigaud@tfmclaw.com

United States Trustee (LA)
        ustpregion16.la.ecf@usdoj.gov

TOTAL: 12

PETER C. ANDERSON
UNITED STATES TRUSTEE
Jill M. Sturtevant
Assistant United States Trustee
Dare Law, SBN 155714
Trial Attorney
Office of the United States Trustee
915 Wilshire Blvd, Suite 1850
Los Angeles, CA  90017
Tel: (213) 894-4925
Fax: (213) 894-2603
e-mail:  dare.law@usdoj.gov

**FILED & ENTERED**

NOV 02 2020

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY kaaumoan DEPUTY CLERK

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
LOS ANGELES DIVISION

In re:

**CRESCENT ASSOCIATES, LLC**

Debtor.

Case Number: 2:18-bk-20654 WB

Chapter 11

ORDER DENYING MOTION TO DISMISS OR CONVERT [docket #226]

Date:   October 29, 2020
Time:   10:00 a.m.
Ctrm:   1375
255 E. Temple Street
Los Angeles, CA  90017

Upon consideration of the United States Trustee's Motion to Dismiss or Convert under 11 U.S.C. §1112(b)(the "Motion"))[docket #226], Debtor's Opposition to the Motion [docket #231], for GOOD CAUSE APPEARING THEREFOR, it is hereby:

ORDERED that the Motion is denied as moot.

# # #

Date: November 2, 2020

*Julia W Brand*
Julia W. Brand
United States Bankruptcy Judge

-1-