ROBERT M. YASPAN, SBN 051867
JOSEPH G. McCARTY, SBN 151020
DEBRA R. BRAND, SBN 162285
LAW OFFICES OF ROBERT M. YASPAN
21700 Oxnard Street, Suite 1750
Woodland Hills, California 91367
Telephone: (818) 905-7711
Facsimile: (818) 501-7711

*General Counsel for Debtor-in-Possession*

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE:<br><br>CRESCENT ASSOCIATES, LLC., a California Limited Liability Company<br><br>Debtor. | ) Chapter No.: 11<br>)<br>) Case No.: 2:18-bk-20654-WB<br>)<br>) **NOTICE OF FINAL FEE APPLICATION**<br>) **FOR COMPENSATION OF GENERAL**<br>) **COUNSEL (LAW OFFICES OF ROBERT M.**<br>) **YASPAN) TO THE DEBTOR-IN-**<br>) **POSSESSION**<br>)<br>)<br>)<br>) Date: January 7, 2021<br>) Time: 10:00 a.m.<br>) Place: Courtroom 1375<br>)         255 E. Temple Street<br>)         Los Angeles, CA 90012<br>)<br>)<br>)<br>) |

1

PLEASE TAKE NOTICE that on January 7, 2021 at 10:00 a.m., before the Honorable Julia Brand, United States Bankruptcy Judge, in her courtroom 1375, located at 255 E. Temple Street, Los Angeles, California, the Law Offices of Robert M. Yaspan (the "FIRM" or "LORMY"), attorneys for the Debtor-in-Possession ("Debtor"), will bring on for hearing its Final Application for Compensation (the "Application") as the attorney for the Debtor in Possession in the within matter.

Law Offices of Robert M. Yaspan (the "Firm"), general counsel to Crescent Associates, LLC, the debtor and debtor-in-possession in the above-captioned Chapter 11 case (the "Debtor"), hereby applies (the "Application") to this Court for a final award of allowance and payment of compensation for the period of February 16, 2020 to April 7, 2020, the Effective Date of Debtors's confirmed plan of reorganization, in the following sums in the following amounts:

**ADDITIONAL FEES SOUGHT IN THIS APPLICATION: $21,178.50** (Based upon Courtesy Reduced Rates)
**ADDITIONAL COSTS SOUGHT IN THIS APPLICATION: $1,325.45**
**TOTAL FOR THIS FEE APPLICATION: $22,503.95**
**AMOUNTS AWARDED ON PREVIOUS INTERIM APPLICATIONS: $255,942.59**
**(OF WHICH $0 HAS BEEN WITHHELD)**

Pursuant to the provisions of 11 U.S.C. Section 331, and otherwise, the FIRM applies to this Court for an order awarding it: (a) compensation for professional services rendered to the Debtor for the period from August 31, 2010 to February 17, 2012; and (b) allowance on a final basis of the interim fees and costs previously awarded in connection with the First Interim Fee Application and the Second Interim Fee Application.

Should you have an Objection or Response to the within Application then, pursuant to Local Rule 9013-1(l)(g) you are required to file said Objection or Response with the Court, together with a brief but complete written statement of opposition thereto or in support or in joinder thereof, and all evidence in support thereof, and to serve the Objection or Response on

counsel for the Debtor (and the Office of the United States Trustee), no later than fourteen (14) days before the date set for hearing, or the objection may be deemed by the Court to have been waived.

This Application is made and based upon the Memorandum of Points and Authorities appended hereto, the attached Declaration of Robert M. Yaspan ("Yaspan Dec."), all pleadings on file in the Debtor's Chapter 11 case, and upon all further evidence, both oral and documentary, that may be submitted to this Court prior to or at the time of the hearing on this Application.

WHEREFORE, the Firm requests that this Court enter an order:

1. Awarding to the Firm compensation for professional fees in the amount of $21,178.50 (based upon courtesy reduced rates) plus costs incurred in the amount of $1,325.45 for a compensation request of $22,503.95 for the time period from February 16, 2020 to April 7, 2020 (the Effective Date), on a final basis as described in this Application ("FINAL APP");

2. Allowance on a final basis of the fees and costs awarded in connection with the First Fee Application and the Second Fee Application in the amount of $255,942.59;

3. Authorizing and directing the Debtor to make payment to counsel for all unpaid fees pursuant to the Court order on the FINAL APP; and

4. For such other and further relief as the Court may deem just and proper.

DATED: December 14, 2020          LAW OFFICES OF ROBERT M. YASPAN

By: _____
ROBERT M. YASPAN
Attorneys for Debtor in Possession

3

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 21700 Oxnard Street, Suite 1750, Woodland Hills, CA 91367

A true and correct copy of the foregoing document entitled: **NOTICE OF FINAL FEE APPLICATION FOR COMPENSATION OF GENERAL COUNSEL (LAW OFFICES OF ROBERT M. YASPAN) TO THE DEBTOR-IN-POSSESSION** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On December 15, 2020, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Raymond H. Aver**    ray@averlaw.com, averlawfirm@gmail.com;ani@averlaw.com;katya@averlaw.com
- **Joseph Daneshrad**    daneshrad@yahoo.com, josephdaneshrad@gmail.com
- **Oscar Estrada**    oestrada@ttc.lacounty.gov
- **Dare Law**    dare.law@usdoj.gov
- **Steven A Morris**    morris@tfmclaw.com, gsuchniak@tfmclaw.com,mbigaud@tfmclaw.com
- **Michael P Rubin - INACTIVE -**    rubinlawyer@gmail.com
- **United States Trustee (LA)**    ustpregion16.la.ecf@usdoj.gov
- **Gary R Wallace**    garyrwallace@ymail.com
- **Robert M Yaspan**    court@yaspanlaw.com, tmenachian@yaspanlaw.com

**2. SERVED BY UNITED STATES MAIL**:
On December 15, 2020, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Please see attached service list.

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served)**: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on , I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| December 15, 2020 | Tatyana Menachian | /s/ signature |
|---|---|---|
| Date | Printed Name | Signature |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012    **F 9013-3.1.PROOF.SERVICE**

Honorable Julia W. Brand
United States Bankruptcy Court
255 E. Street, Suite 1382 / Courtroom 1375
Los Angeles, CA 90012

Attorney for Ben B. Safyari
Raymond H. Aver
Law Offices of Raymond H. Aver
10801 National Blvd., Suite 100
Los Angeles CA 90064

Turner Friedman Morris & Cohan, LLP
8383 Wilshire Blvd., Ste 510
Beverly Hills, CA 90211

Julio Rosales
952 N. Ardmore Ave., Apt. 7
Los Angeles, CA 90029

Riley Investors
8383 Wilshire Blvd., Ste 510
Beverly Hills, CA 90211

Shmuli Lalazrof
12 Hasahlav
Neve Ziv 25123
Israel

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

Los Angeles County Tax Collector
P. O. Box 54110
Los Angeles, CA 90054-0110

Eyal Ben Dror
18321 Ventura Blvd., Suite 580
Tarzana, CA 91356

United States Trustee
915 Wilshire Blvd., Suite 1850
Los Angeles, CA 90017

Blue Coast Inc
P.O. Box 5562
Santa Monica, CA 90409

Attorney for Epco Consultants, Inc.
Daneshrad Law Firm
11340 W. Olympic Blvd., Suite 275
Los Angeles CA 90064

LA DWP
PO Box 30808
Los Angeles, CA 90030

Samuel Hart
2963 Mandeville Cyn Road
Los Angeles, CA 90049

Stage of the Art- Home Staging
12 Argos
Laguna Niguel, CA 92677

Employment Development Department
Bankruptcy Group MIC 92E
P. O. Box 826880
Sacramento, CA 94280-0001

Keller Williams Beverly Hills
439 North Canon Dr Ste 300
Beverly Hills, CA 90210

Crescent Associates, LLC.
8383 Wilshire Blvd., Ste 510
Beverly Hills, CA 90211

David Yossef
38 Dereh Hasadot
Kfar Shmaryahoo 4691000
Israel

*Attorney for Eyal Ben Dror*
Michael P. Rubin
6355 Topanga Canyon Blvd., Suite 215
Woodland Hills, CA 91367

Lewin/Lavaee
8665 Wilshire Blvd Suite 210
Beverly Hills, CA 90211

Seeman Holtz P&C California
11300 W. Olympic Blvd., No. 650
Los Angeles, CA 90064

State Board of Equalization
Account Information Group, MIC: 29
P.O. Box 942879
Sacramento, CA 94279-0029

Franchise Tax Board Bankruptcy Section, MS: A-340
P. O. Box 2952
Sacramento, CA 95812-2952

Brett H. Ramsaur
2183 Fairview Road
Suite 221
Costa Mesa, CA 92627